UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------x
                                                   )
SECURITIES AND EXCHANGE COMMISSION,                )
    100 F Street, N.E.                              )
    Washington, DC 20549                            )
                                                   )
                  Plaintiff,                   )
              v.                                 )
                                                   )
CHANIN CAPITAL LLC                                 )
    11150 Santa Monica Blvd.                        )
    6th Floor                                       )
    Los Angeles, CA 90025,                          )
                                                   )
                  Defendant.                   )
                                                   )
------------------------------------------------------------------x

**FILED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0728

## FINAL JUDGMENT

The Securities and Exchange Commission having filed a Complaint and Defendant Chanin Capital LLC ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

1.    It is hereby ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $75,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendant shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial

Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Chanin Capital LLC as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

Dated: April 29, 2008

_____
UNITED STATES DISTRICT JUDGE